UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LOLITA Y. GOOD-LEWIS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>GARY COMMUNITY SCHOOL  )<br>CORPORATION,  )<br>  )<br>    Defendant.  ) | Cause No. 2:20-cv-412-PPS |

### ORDER

Plaintiff, Lolita Good-Lewis, and Defendant, Gary Community School Corporation, filed a Stipulation of Dismissal with Prejudice. [DE 38.]

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 38] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this case **WITH PREJUDICE**, with each party to bear their own costs. Additionally, the Motion for Summary Judgment filed by Defendant Gary Community School Corporation [DE 32] is **DENIED AS MOOT**. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**. SO ORDERED.

ENTERED: January 18, 2023.

                                            /s/ Philip P. Simon
                                            PHILIP P. SIMON, JUDGE
                                            UNITED STATES DISTRICT COURT